**JAMES B. CLOW & SONS, Plaintiff-Appellee, v. AUTOMATIC GAS-STEAM RADIATOR COMPANY, Defendant-Appellant.**

**No. 4309.**

Circuit Court of Appeals, Third Circuit.

Sept. 4, 1930.

Byrnes, Stebbins, Parmelee & Blenko, of Pittsburgh, Pa., and Geo. E. Stebbins and William H. Webb, both of Pittsburgh, Pa., for appellant.

Henry M. Huxley and Richard Spencer, both of Chicago, Ill., for appellee.

Before BUFFINGTON and DAVIS, Circuit Judges, and JOHNSON, District Judge.

PER CURIAM.

This is an appeal by defendant from a decree in an infringement suit based on claims 1, 2, and 3 of letters patent No. 1,580,651, of Eugene V. Daily, for a gas-fired radiator, issued April 13, 1926, on an application filed August 28, 1922, and owned by the plaintiff. After hearing, the court below, in an opinion printed in 37 F.(2d) 611, found claims 1, 2, and 3 of the Daily patent valid and infringed by the defendant after fully considering every phase of the case. There is nothing we can add to Judge Thomson's clear and convincing opinion. We therefore adopt it as expressing our views and affirm the decree of the court below.

**John F. JONES, as Collector of Internal Revenue for the District of South Carolina, Appellant, v. BRANDON CORPORATION, Appellee.**

**No. 2924.**

Circuit Court of Appeals, Fourth Circuit.

May 10, 1930.

J. D. E. Meyer, U. S. Atty., of Charleston, S. C., for appellant.

Benet, Shand & McGowan, of Columbia, S. C., and James Craig Peacock, of Washington, D. C., for appellee.

PER CURIAM.

Cause submitted on confession of error May 9, 1930. Judgment reversing judgment of District Court filed.

**Edward KIELY v. T. B. WHITE, Warden.**

**No. 361.**

Circuit Court of Appeals, Tenth Circuit.

Sept. 23, 1930.

Jerome Koehler, of Kansas City, Kan., for appellant.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and McDERMOTT, Circuit Judges.

PER CURIAM.

Dismissed September 23, 1930, for lack of merit.

**Joseph J. KULICK v. T. B. WHITE, Warden.**

**No. 351.**

Circuit Court of Appeals, Tenth Circuit.

Sept. 8, 1930.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Dismissed September 8, 1930, for lack of merit.